United States District Court
Southern District of Texas
**ENTERED**
June 24, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DAMIEN RASHAD CLARK, | § | |
| TDCJ #01729463, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-01255 |
| | § | |
| TANNER METCAF, *et al.*, | § | |
| | § | |
| Defendants. | § | |

### ORDER OF DISMISSAL WITHOUT PREJUDICE

On April 24, 2026, the Court struck the pleadings of *pro se* plaintiff, Damien Rashad Clark (TDCJ #01729463), a second time for failure to comply with the joinder rules. *See* Doc. No. 13. The Court advised the plaintiff that his claims for issues at the Memorial Unit were not properly filed in this venue and further warned that failure to amend his pleadings in conformity with the Federal Rules could result in the dismissal of this case. *See id.* at 3.

To date, the plaintiff has not complied with the Court's Order. Therefore, under the inherent powers necessarily vested in a district court to manage its own affairs, this Court determines that dismissal for want of prosecution is appropriate. *See* FED. R. CIV. P. 41(b); *Slack v. McDaniel*, 529 U.S. 473, 489 (2000) (stating that "[t]he failure to comply with an order of the court is grounds for dismissal with prejudice"); *Larson v. Scott*, 157 F.3d 1030

1 / 2

(5th Cir. 1998) (noting that a court may *sua sponte* dismiss an action for failure to prosecute or to comply with any court order).

Accordingly, the Court **ORDERS** as follows:

1. This case is **DISMISSED** without prejudice for want of prosecution.

2. All pending motions, if any, are **DENIED as MOOT**.

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED on this _____ 2 4ᵗʰ day of June 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE

2 / 2